**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Santiago Abreau, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-00138 |
| | ) | |
| Office Depot, Inc. | ) | Hon. Judge Sara Ellis |
| | ) | |
| Defendant(s). | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Plaintiff, SANTIAGO ABREAU, by and through his attorneys, hereby requests that this Court make an Entry of an Order Dismissing the Action without prejudice, pursuant to Rule 41(a)(2), and in support of said motion states as follows:

1. This matter was initiated by Plaintiff on January 6, 2016.

2. Defendant has not been served as of the filing of this matter, has not answered, has not appeared through counsel, and Defendant has not filed any counterclaims.

3. At this time, Plaintiff does not seek to pursue this action any further.

WHEREFORE, Plaintiff SANTIAGO ABREAU, respectfully requests that this Honorable Court grant his motion to voluntarily dismiss the matter without prejudice, and for any further relief the Court deems just and fair.

On Behalf of Plaintiff,

/s/ Ivo Tchernev
Ivo Tchernev, Esq.
Law Offices of Jacobson and Tchernev, Ltd.

                33 N. Dearborn St., Suite 1907
                Chicago, IL 60602
                (312) 669-4441 Office
                (312) 781-6732 Fax
                legal@lawjtchicago.com
                Illinois Bar Number: 6304132