## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Santiago Abreau

                Plaintiff,

v.                                        Case No.: 1:16−cv−00138
                                              Honorable Sara L. Ellis

Office Depot, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 25, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Plaintiff's unopposed motion for voluntary dismissal [4] is granted. It is hereby ordered that this action is dismissed without prejudice pursuant to Rule 41(a)(2). Motion hearing of 1/28/2016 is vacated. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.